**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY TAYLOR,

       Plaintiff,

v.                                     CASE NO.  4:10cv514-RH/WCS

WALTER McNEIL et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

      This case is before the court on the magistrate judge's report and
recommendation, ECF No. 18.  No objections have been filed, and none are likely
to be filed, because the report and recommendation has been returned as
undeliverable mail.  This is another illustration of the problem noted in the report
and recommendation: that the plaintiff has failed to keep the court advised of his
address and apparently has abandoned the case.

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the court's
opinion.  The clerk must enter judgment stating, "The complaint is DISMISSED

without prejudice."  The clerk must close the file.

SO ORDERED on May 16, 2011.

s/Robert L. Hinkle
United States District Judge